No. 82–5442.  JORDAN v. HAMMOCK, CHAIRMAN, NEW YORK STATE BOARD OF PAROLE.  C. A. 2d Cir.  Certiorari denied.

No. 82–5456.  SMITH ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–5468.  CRAIG v. DUCKWORTH, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 82–5473.  LYNCH v. WILSON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–5479.  SACCO v. KEOHANE, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 82–5497.  CHODOS v. UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 82–5526.  SHIGEMURA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 82–5541.  RILEY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 82–5573.  ALLARD v. BENNER ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 82–5593.  WILLIAMS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 82–5595.  KELE v. HANBERRY, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 82–5598.  PRINCE v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 82–5610.  MANNING v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.